153 A.3d 940

IN THE MATTER OF DAVID A. DORFMAN, AN ATTORNEY AT LAW (ATTORNEY NO. 043271991)

February 24, 2017

**ORDER**

This matter having been duly presented, it is ORDERED that **DAVID A. DORFMAN** of **PRINCETON,** who was admitted to the bar of this State in 1991, and who was suspended from the practice of law for a period of one year retroactive to January 23, 2012, by Order of this Court filed July 7, 2016, be restored to the practice of law, effective immediately.